**CRIS C. VAUGHAN** (SBN 99568)
VAUGHAN & ASSOCIATES LAW OFFICE, APC
371 Nevada Street, #5338
Auburn, CA 95603
**Mailing Address:**
P.O. Box 5338
Auburn, CA 95604
Telephone: (833) 481-1245
cvaughan@adasolutionsgroup.com

Attorney for Plaintiff, Richard Johnson

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD JOHNSON**,<br><br>Plaintiff,<br><br>v.<br><br>**SREYPICH BORN, dba MANLEY'S DONUTS; SOUTH BASCOM, LLC;** DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-04497-NC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AFTER SETTLEMENT** |

IT IS HEREBY NOTICED by all the Plaintiffs, pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1), that all the Plaintiffs hereby dismiss WITH prejudice all Defendants and the present action in its entirety. The Parties to this action have settled this case in its entirety. Pursuant to FRCP and Ninth Circuit Court authority, Plaintiffs Notice of Voluntary Dismissal is effective immediately and does not require an Order from the court.

//

Dated: November 20, 2024

VAUGHAN & ASSOCIATES LAW OFFICE, APC

By: */s/ Cris C. Vaughan*
CRIS C. VAUGHAN
Attorney for Plaintiff Richard Johnson